IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEJANDRO DEJESUS, | No. 4:21-CV-01639 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JOHN STEINHART *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 10, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **AMEND** the caption of this action to reflect the correct spelling of Defendant John Steinhart.

2. The Rule 12(b)(6) motion to dismiss, filed on behalf of Defendants John Steinhart and Lori White, Doc. 20, is **GRANTED.**

3. The Clerk of Court is directed to **TERMINATE** John Steinhart and Lori White as named Defendants in the above captioned action.

4. Remaining Defendants are directed to file a responsive pleading to the amended complaint on, or before, **March 31, 2023.**

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge