IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEJANDRO DEJESUS,<br>　　　　Plaintiff | No. 4:21-cv-1639<br><br>(Judge Munley) |
| v. | |
| JOHN STEINHART, et al.,<br>　　　　Defendants | |

## ORDER

**AND NOW,** to wit, this 21st day of June 2024, in accordance with the Memorandum issued this date, it is hereby **ORDERED** that:

1. The Medical Defendants' motion to dismiss (Doc. 43) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal of this order will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Judge